LAWRENCE G. BROWN
Acting United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street, Room 4401
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:04-CR-5012 OWW |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL OF INDICTMENT |
| v. | ) | |
| JOSE SAMUEL NUNEZ-AGUIRRE, | ) | |
| Defendant. | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed and all warrants be recalled regarding defendant JOSE SAMUEL NUNEZ-AGUIRRE in the interest of justice and  without prejudice.

IT IS SO ORDERED.

**Dated:   March 4, 2009**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE